**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

GINA KASE,

                       Plaintiff,

      v.

SERENITY HOMECARE, INC. and NORENE
VORHIS, in her Official and Individual Capacity.

                    Defendants.

**Civ. Action No. 15-cv-06760-CJS-MWP**

## JOINT MOTION TO APPROVE THE SETTLEMENT AGREEMENT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants respectfully move this honorable court for review and approval of the settlement agreement reached between the parties. This matter involves settlement of plaintiff's claims brought under the Fair Labor Standards Act, 29 U.S.C. §201 et seq., for unpaid wages against defendants.   In the settlement agreement, defendants seek dismissal of plaintiff's claims with prejudice. A copy of the settlement agreement and the reasons and authorities in support of this motion are more fully described in the accompanying Memorandum in Support of The Parties' Joint for Approval of the Settlement Agreement.

                    Respectfully Submitted,

                    /s/ Elizabeth Nicolas
                    Elizabeth Nicolas, Esq.
                    Empire Justice Center
                    1 West Main Street, Suite 200
                    Rochester, NY  14614
                    Phone: (585) 295-5728
                    Fax: (585) 454-2518
                    Email: enicolas@empirejustice.org

                    /s/ Jayla R. Lombardo
                    Jayla R. Lombardo, Esq.

Davidson Fink
28 East Main Street
Rochester, NY 14614
Phone: (585) 784-4821
Fax: (585) 784-8910
Email: jlombardo@davidsonfink.com

Dated: Rochester, NY
March 30, 2018