# EXHIBIT B

Plaintiff Attorneys' Time Records

## ACTIVITY FOR CASE: GINA KASE
## MARCH 2015 - PRESENT

| ADVOCATE | DATE | HOURS | ACTIVITY |
|---|---|---|---|
| Nicolas, Elizabeth | 03/11/15 | 1.00 | Pre-litigation work re: Gina Kase; review intake notes;  research potential legal claims against Serenity Homecare |
| Nicolas, Elizabeth | 04/15/15 | 0.20 | Email Gina Kase re: hours worked at Serenity Homecare |
| Nicolas, Elizabeth | 05/26/15 | 3.00 | Legal Research Issue: research FLSA companionship exemption and related regulations/case law |
| Nicolas, Elizabeth | 05/28/15 | 0.30 | Draft letter to Gina Kase re: companionship exemption |
| Nicolas, Elizabeth | 05/28/15 | 0.20 | Telephone call with Gina Kase re: companionship exemption and job duties |
| Nicolas, Elizabeth | 06/01/15 | 0.70 | Meeting with Gina Kase re: timesheets, paystubs, job duties and companionship exemption |
| Nicolas, Elizabeth | 06/08/15 | 0.50 | Pre-litigation Work Re: Gina Kase; develop and draft c ase strategy and plan |
| Nicolas, Elizabeth | 06/12/15 | 0.10 | Telephone call with Gina Kase re: affidavit |
| Nicolas, Elizabeth | 06/22/15 | 1.20 | Draft affidavit re: Kase employment experience |
| Nicolas, Elizabeth | 06/22/15 | 2.00 | Interview Gina Kase for affidavit re: employment at Serenity Homecare, homecare clients and duties |
| Nicolas, Elizabeth | 06/30/15 | 0.40 | Legal research issue: companionship exemption under NYLL |
| Nicolas, Elizabeth | 07/09/15 | 1.20 | Draft Kase complaint re: legal claims against Serenity; statement of facts |
| Nicolas, Elizabeth | 07/22/15 | 0.40 | Draft Kase complaint re: legal claims against Serenity; statement of facts |
| Nicolas, Elizabeth | 08/05/15 | 0.70 | Draft Kase complaint re: FLSA claims against Serenity |
| Nicolas, Elizabeth | 08/12/15 | 1.20 | Draft Kase complaint re: FLSA and NYLL claims against Serenity |
| Nicolas, Elizabeth | 08/12/15 | 0.30 | Telephone call with Gina Kase re: complaint against Serenity Hom ecare |
| Nicolas, Elizabeth | 08/26/15 | 0.40 | Draft Kase complaint re: legal claims against Serenity |
| Nicolas, Elizabeth | 08/31/15 | 2.50 | Draft Kase affidavit re: Kase work duties with Serenity  clients |
| Nicolas, Elizabeth | 09/02/15 | 3.40 | Draft Kase complaint re: legal claims against Serenity |
| Nicolas, Elizabeth | 09/25/15 | 1.00 | Edit & Revise Kase complaint; applied PD edits |
| Nicolas, Elizabeth | 09/25/15 | 0.80 | Legal Research Issue: NYS record keeping requirement s |
| Nicolas, Elizabeth | 09/25/15 | 0.20 | Telephone Call With: Gina Kase Re: complaint draft |
| Nicolas, Elizabeth | 09/30/15 | 1.00 | Prepare for What: Kase client meeting re: compla int |
| Nicolas, Elizabeth | 09/30/15 | 2.50 | Meeting with Gina Kase re: review complaint; discuss in forma pauperis; review consent for FLSA action |
| Nicolas, Elizabeth | 10/25/15 | 3.30 | Legal Research Issue: spread of hours pay |
| Nicolas, Elizabeth | 10/31/15 | 1.00 | Meeting with Gina Kase re: timesheets |
| Nicolas, Elizabeth | 11/03/15 | 1.80 | Review Gina Kase timesheets; enter hours into excel document for damages calculations |
| Nicolas, Elizabeth | 11/11/15 | 3.80 | Review Gina Kase timesheets; enter work hours into excel document for damages calculations; continue work on damages calculations |
| Nicolas, Elizabeth | 11/18/15 | 1.50 | Legal Research Issue: spread of hours for home health care workers |
| Nicolas, Elizabeth | 11/18/15 | 4.00 | Review Kase timesheets; calculate spread of hours damages |
| Nicolas, Elizabeth | 11/20/15 | 3.50 | Review Kase timesheets; continue work on Kase spread of hour damages |
| Nicolas, Elizabeth | 11/24/15 | 4.70 | Review Kase timesheets; calculate Kase spread of hours damages |
| Nicolas, Elizabeth | 11/25/15 | 5.00 | Review Kase timesheets; calculate Kase damages |
| Nicolas, Elizabeth | 11/25/15 | 0.80 | Meeting with Peter Dellinger re: Kase calculations/damages |
| Nicolas, Elizabeth | 11/25/15 | 4.50 | Legal Research Issue: travel time damages for homecare workers and travel/gas reimbursement rules |
| Nicolas, Elizabeth | 12/07/15 | 1.00 | Travel to/from Gina Kase home re: meeting re: timesheets and damages |
| Nicolas, Elizabeth | 12/07/15 | 2.00 | Meeting with Gina Kase re: timesheets; damages calculations; travel time claims/damages |
| Nicolas, Elizabeth | 12/09/15 | 0.80 | Edit & Revise Kase complaint |

| | | | |
|---|---|---|---|
| Nicolas, Elizabeth | 12/10/15 | 1.60 | Edit & Revise Kase complaint |
| Nicolas, Elizabeth | 12/14/15 | 3.00 | Legal Research Issue: travel time |
| Nicolas, Elizabeth | 12/14/15 | 0.30 | Review Kase timesheets; calculate Kase travel time |
| Nicolas, Elizabeth | 12/15/15 | 1.00 | Review Kase timesheets; calculate Kase travel time damages |
| Nicolas, Elizabeth | 12/16/15 | 1.00 | Travel to/from Gina Kase home re: travel time damages |
| Nicolas, Elizabeth | 12/16/15 | 0.50 | Meeting with Gina Kase re: travel time damages |
| Nicolas, Elizabeth | 12/17/15 | 1.00 | Review timesheets and calculate Kase travel time |
| Nicolas, Elizabeth | 01/13/16 | 1.30 | Telephone call with Gina Kase re: travel time calculations |
| Nicolas, Elizabeth | 01/13/16 | 0.10 | Email Gina Kase re: complaint and filing fee |
| Nicolas, Elizabeth | 01/25/16 | 0.10 | Review defendants' waiver of service of summons |
| Nicolas, Elizabeth | 01/25/16 | 0.60 | Prepare and file defendants' proof of service in WDNY |
| Nicolas, Elizabeth | 01/27/16 | 0.10 | Telephone call with Gina Kase re: Serenity "When to Work" emails |
| Nicolas, Elizabeth | 01/27/16 | 0.50 | Telephone call with Gina Kase re: Serenity "When to Work" emails |
| Nicolas, Elizabeth | 02/02/16 | 0.10 | Telephone call with Jill Schultz re: stipulation to extend answer due date from Feb 19 2016 to March 25 2016 ; scheduling settlement discussion in March 2016 |
| Nicolas, Elizabeth | 02/02/16 | 0.30 | Telephone call with Gina Kase re: extension to answer and possible settlement meeting in March; also discussed Gina receiving "When to Work" emails |
| Nicolas, Elizabeth | 02/10/16 | 1.00 | Review settlement strategy for Kase c ase |
| Nicolas, Elizabeth | 02/12/16 | 0.40 | Telephone call with Gina Kase re: defendants' assets, settlement update and receipt of "when to work" emails |
| Nicolas, Elizabeth | 03/07/16 | 0.80 | Review timesheets; work on Kase damages calculations |
| Nicolas, Elizabeth | 03/07/16 | 5.00 | Prepare for Kase v. Serenity settlement meeting/review damages and client documents |
| Nicolas, Elizabeth | 03/08/16 | 5.00 | Prepare for Kase v. Serenity settlement meeting/review damages and client documents |
| Nicolas, Elizabeth | 03/09/16 | 1.00 | Meeting with Jill Schultz re: Kase v. Serenity settlement negotiation |
| Nicolas, Elizabeth | 04/11/16 | 0.20 | Telephone call with Gina Kase re: damages calculations and potential settlement possibilities |
| Nicolas, Elizabeth | 04/11/16 | 2.60 | Review timesheets; damages calculations for settlement purposes; selecting workweeks by worksite |
| Nicolas, Elizabeth | 04/12/16 | 0.40 | Telephone call with Gina Kase re: damages calculations at each worksite |
| Nicolas, Elizabeth | 04/14/16 | 4.40 | Review timesheets; work on Kase worksite damages calculations |
| Nicolas, Elizabeth | 04/15/16 | 2.00 | Review Kase calculations for settlement negotiation letter |
| Nicolas, Elizabeth | 04/15/16 | 1.50 | Draft letter to Jill Schultz re: settlement negotiations/worksites |
| Nicolas, Elizabeth | 05/20/16 | 3.00 | Legal Research Issue: private home issue under companionship exemption |
| Nicolas, Elizabeth | 05/20/16 | 3.00 | Legal Research Issue: DOL regulations on companionship exemption/applicability of exemption at different worksites |
| Nicolas, Elizabeth | 05/22/16 | 3.00 | Legal Research Issue: DOL regulations re companionship exemption and worksites |
| Nicolas, Elizabeth | 05/23/16 | 2.70 | Legal Research Issue: companionship exemption applic ability at different worksites; private homes, nursing homes etc. |
| Nicolas, Elizabeth | 05/24/16 | 1.00 | Legal Research Issue: companionship exemption + worksites |
| Nicolas, Elizabeth | 05/25/16 | 2.00 | Legal Research Issue: rules re: homecare worksites |
| Nicolas, Elizabeth | 05/25/16 | 1.00 | Draft letter to Jill Schultz re: settlement negotiations/worksites |
| Nicolas, Elizabeth | 05/25/16 | 2.00 | Review Serenity Homecare payroll documents |
| Nicolas, Elizabeth | 05/26/16 | 1.40 | Review Serenity Homecare payroll documents |
| Nicolas, Elizabeth | 05/30/16 | 1.00 | Review Serenity Homecare payroll documents |
| Nicolas, Elizabeth | 05/31/16 | 0.20 | Telephone call with Gina Kase re: status of settlement negotiations; inapplicabiltiy of exemption outside of private homes |
| Nicolas, Elizabeth | 05/31/16 | 2.00 | Review payroll documents submitted by Serenity's defense counsel |
| Nicolas, Elizabeth | 06/15/16 | 0.80 | Review defendants' assets |
| Nicolas, Elizabeth | 06/15/16 | 1.00 | Draft letter to Jill Schultz re: defendants' assets/settlement negotiation |
| Nicolas, Elizabeth | 06/20/16 | 0.50 | Investigation re: defendants' assets |

| | | | |
|---|---|---|---|
| Nicolas, Elizabeth | 06/20/16 | 0.50 | Draft letter to Jill Schultz re: defendants' assets/settlement negotiations |
| Nicolas, Elizabeth | 06/21/16 | 0.40 | Telephone call with Gina Kase re: defendants' letter re: financial situation; settlement options/strategy |
| Nicolas, Elizabeth | 06/21/16 | 2.10 | Draft letter to Jill Schultz re: defendants' finances |
| Nicolas, Elizabeth | 06/28/16 | 1.00 | Review Serenity answer to Kase complaint |
| Nicolas, Elizabeth | 06/28/16 | 1.00 | Review ADR process rules |
| Nicolas, Elizabeth | 06/29/16 | 0.20 | Telephone call with Gina Kase re: defendants' answer to complaint |
| Nicolas, Elizabeth | 06/30/16 | 2.00 | Legal Research Issue: case jurisdiction |
| Nicolas, Elizabeth | 07/28/16 | 1.50 | Draft joint proposed discovery plan re: parties' schedule for discovery and motion practice |
| Nicolas, Elizabeth | 07/28/16 | 1.50 | Legal Research Issue: discovery protective orders |
| Nicolas, Elizabeth | 07/28/16 | 0.20 | Telephone call with Gina Kase re: discovery plan |
| Nicolas, Elizabeth | 08/23/16 | 0.80 | Prepare for 16b Conference; draft case timeline; review relevant case documents |
| Nicolas, Elizabeth | 08/23/16 | 0.30 | Meeting with Judge Payson and Jill Schultz re: 16b Conference |
| Nicolas, Elizabeth | 09/19/16 | 0.10 | Telephone call with Jill Schultz re: mediator |
| Nicolas, Elizabeth | 09/19/16 | 0.20 | Email T. Andrew Brown re: availability for mediation |
| Nicolas, Elizabeth | 09/28/16 | 0.20 | Telephone call with Gina Kase re: Motion for Waiver of ADR Fee |
| Nicolas, Elizabeth | 10/13/16 | 0.20 | Telephone call with Gina kase re: ADR waiver; mediation extension and settlement |
| Nicolas, Elizabeth | 11/10/16 | 0.10 | Telephone call with Jayla Lombardo re: mandatory disclosures and extension of time for first mediation session |
| Nicolas, Elizabeth | 11/22/16 | 0.30 | Telephone call with Gina Kase re: mediation dates; waiver of mediation fee and  mediation |
| Nicolas, Elizabeth | 12/06/16 | 0.10 | Email Jayla Lombardo re: selection of mediation date |
| Nicolas, Elizabeth | 12/14/16 | 0.10 | Email Jayla Lombardo re: mandatory disclosures and mediation scheduling |
| Nicolas, Elizabeth | 12/14/16 | 0.10 | Email T. Andrew Brown/mediator re: scheduling mediation |
| Nicolas, Elizabeth | 12/19/16 | 0.10 | Email opposing counsel, J Lombardo, re: scheduling mediation |
| Nicolas, Elizabeth | 12/21/16 | 0.10 | Email J. Lombardo, opposing counsel, re: damages calculations from March 2016 settlement discussions with Jill Schultz |
| Nicolas, Elizabeth | 12/22/16 | 0.20 | Telephone call with Gina Kase re: mediation and mandatory disclosures |
| Nicolas, Elizabeth | 12/22/16 | 0.10 | Email Gina Kase re: mediation and mandatory disclosures questions |
| Nicolas, Elizabeth | 12/26/16 | 1.70 | Draft mandatory disclosures re: discoverable information |
| Nicolas, Elizabeth | 12/26/16 | 1.20 | Draft Kase mediation statement re: legal issues in case/damages |
| Nicolas, Elizabeth | 01/06/17 | 0.90 | Telephone call with Gina Kase re: mandatory disclosures and mediation statement |
| Nicolas, Elizabeth | 01/07/17 | 3.30 | Review Document(s) What: client documents for mediation  statement |
| Nicolas, Elizabeth | 01/07/17 | 3.70 | Draft Kase mediation statement re: case legal theories and damages |
| Nicolas, Elizabeth | 01/07/17 | 1.20 | Draft mandatory disclosures re: documents supporting claims |
| Nicolas, Elizabeth | 01/08/17 | 5.50 | Draft Kase mediation statement re: legal theories and damages |
| Nicolas, Elizabeth | 01/09/17 | 5.70 | Draft Kase mediation statement re: legal theories and damages |
| Nicolas, Elizabeth | 01/09/17 | 3.00 | Review client documents for mediation statement |
| Nicolas, Elizabeth | 01/10/17 | 3.00 | Review defendants' mandatory disclosures |
| Nicolas, Elizabeth | 01/10/17 | 2.00 | Draft Plaintiff mandatory disclosures re: documents used to support claims |
| | 01/10/17 | 3.00 | Draft damages documents based on plaintiff's records and defendants' records |
| Nicolas, Elizabeth | 01/11/17 | 2.00 | Edit & Revise Kase mediation statement |
| Nicolas, Elizabeth | 01/11/17 | 0.10 | Telephone call with Jayla Lombardo re: mandatory disclosures |
| Nicolas, Elizabeth | 01/11/17 | 0.20 | Email T. Andrew Brown re: mediation statement & exhibits |
| Nicolas, Elizabeth | 01/16/17 | 3.00 | Review Kase timesheets; calculate dam ages based on workweeks where exemption did not apply because of worksite |
| Nicolas, Elizabeth | 01/17/17 | 2.00 | Review defendants' additional payroll records sent on 1/17/17 at 4:30pm/day before mediation |
| Nicolas, Elizabeth | 01/17/17 | 1.50 | Meeting with Gina Kase re: prep for mediation/settlement |

| | | | |
|---|---|---|---|
| Nicolas, Elizabeth | 01/17/17 | 3.50 | Prepare mandatory mediation; draft opening statement; damage summary for mediator |
| Nicolas, Elizabeth | 01/18/17 | 2.00 | Meeting with opposing counsel and mediator re: mandatory mediation |
| Nicolas, Elizabeth | 01/19/17 | 1.00 | Meeting with P Dellinger re: debrief of mediation/discovery |
| Nicolas, Elizabeth | 01/24/17 | 0.40 | Telephone call with Gina Kase re: settlement and defendants' assets |
| Nicolas, Elizabeth | 01/25/17 | 1.50 | Draft Plaintiff's first request for production of documents re discovery |
| Nicolas, Elizabeth | 02/22/17 | 2.00 | Draft Plaintiff's First Set of Interrogatories re: case related discovery |
| Nicolas, Elizabeth | 02/24/17 | 0.40 | Meeting with P Dellinger re: edits to first set of interrogatories |
| Nicolas, Elizabeth | 02/24/17 | 0.50 | Edit & Revise first set of interrogatories |
| Nicolas, Elizabeth | 02/27/17 | 0.10 | Draft letter to J Lombardo re: first set of interrogatories |
| Nicolas, Elizabeth | 02/27/17 | 0.10 | Draft email to J Lombardo re: first set of interrogatories |
| Nicolas, Elizabeth | 02/27/17 | 0.30 | Edit & Revise first set of interrogatories |
| Nicolas, Elizabeth | 03/29/17 | 0.10 | Email Jayla Lombardo re defendants' deliquent discovery responses |
| Nicolas, Elizabeth | 04/10/17 | 1.20 | Draft notices of deposition re: Serenity Homecare 30b6, Linda Rowland and Norene Vorhis |
| Nicolas, Elizabeth | 04/10/17 | 0.10 | Email Jayla Lombardo re: notices of deposition |
| Nicolas, Elizabeth | 04/10/17 | 0.10 | Email Jayla Lombardo re: defendants' discovery requests |
| Nicolas, Elizabeth | 04/11/17 | 0.30 | Status conference with Judge Payson |
| Nicolas, Elizabeth | 04/13/17 | 0.10 | Email Jayla Lombardo re: interrogatories and deposition for Linda Rowland and Norene Vorhis |
| Nicolas, Elizabeth | 04/18/17 | 0.10 | Email Jayla Lombardo re: defandants' interrogatories overdue; defendants' depositions need to be scheduled |
| Nicolas, Elizabeth | 04/20/17 | 0.20 | Email Jayla Lombardo re: fact discovery extension and delayed interrogatories |
| Nicolas, Elizabeth | 04/21/17 | 0.10 | Email Jayla Lombardo re: request for extension on discovery and dispositive motions |
| Nicolas, Elizabeth | 04/21/17 | 0.40 | Draft letter to Judge Payson re: extension of discovery and motion deadlines |
| Nicolas, Elizabeth | 04/21/17 | 0.10 | Edit & Revise letter to J Payson re: extension |
| Nicolas, Elizabeth | 04/21/17 | 0.20 | Prepare/fax filings to opposing counsel |
| Nicolas, Elizabeth | 04/28/17 | 0.30 | Email Jayla Lombardo re: defendants' discovery delay and potential motion to compel |
| Nicolas, Elizabeth | 04/28/17 | 0.10 | Telephone call with Jayla Lombardo re: discovery delay; defendants agreed to send over the interrogatories |
| Nicolas, Elizabeth | 05/01/17 | 0.10 | Email Jayla Lombado re: plaintiff's second set of interrogatories and request for production of documents |
| Nicolas, Elizabeth | 05/01/17 | 0.80 | Draft 2nd request for production of documents re: discovery/defendants' finances |
| Nicolas, Elizabeth | 05/01/17 | 1.40 | Draft 2nd set of interrogatories re: discovery/defendants' tax documents |
| Nicolas, Elizabeth | 05/04/17 | 0.10 | Telephone call with Gina Kase re: deposition for Gina Kase, Rene Vorhis and Linda Rowland |
| Nicolas, Elizabeth | 05/05/17 | 0.10 | Email Jayla Lombardo re: depositions |
| Nicolas, Elizabeth | 05/15/17 | 0.80 | Meeting with Maggie Robb re: deposition prep |
| Nicolas, Elizabeth | 05/16/17 | 0.40 | Meeting with Maggie Robb re: deposition prep |
| Nicolas, Elizabeth | 05/16/17 | 0.20 | Draft letter to Gina Kase re: deposition |
| Nicolas, Elizabeth | 05/16/17 | 0.20 | Email Gina Kase re: depositions |
| Nicolas, Elizabeth | 05/19/17 | 3.50 | Review responses to request for production of documents |
| Nicolas, Elizabeth | 05/20/17 | 8.00 | Prepare for Norene Vorhis deposition; review discovery documents |
| Nicolas, Elizabeth | 05/21/17 | 6.00 | Prepare for depositions; review discovery documents |
| Nicolas, Elizabeth | 05/22/17 | 2.00 | Meeting with Gina Kase to prepare for deposition |
| Nicolas, Elizabeth | 05/23/17 | 3.50 | Prepare for deposition of Defendant Norene Ryan/Vorhis |
| Nicolas, Elizabeth | 05/23/17 | 5.00 | Deposed Defendant Norene Ryan/Vorhis |
| Nicolas, Elizabeth | 05/24/17 | 3.50 | Prepare for deposition of Linda Rowland |
| Nicolas, Elizabeth | 05/24/17 | 2.00 | Deposed Linda Rowland |
| Nicolas, Elizabeth | 05/25/17 | 1.00 | Meet with Gina Kase to prepare for deposition |

| | | | |
|---|---|---|---|
| Nicolas, Elizabeth | 05/25/17 | 4.50 | Defended deposition of Gina Kase |
| Nicolas, Elizabeth | 05/25/17 | 0.50 | Meet with Jayla Lombardo to discuss depositions and settlement |
| Nicolas, Elizabeth | 05/25/17 | 0.70 | Meet with Gina Kase to debrief deposition and discuss settlement possibility |
| Nicolas, Elizabeth | 06/15/17 | 0.10 | Draft email to Jayla Lombardo re: recalculation of damages |
| Nicolas, Elizabeth | 06/28/17 | 0.20 | Telephone call with Gina Kase re: settlement and deposition transcript review |
| Nicolas, Elizabeth | 06/29/17 | 0.10 | Telephone call with J Lombardo re: settlement |
| | 07/04/17 | 2.00 | Review deposition transcripts |
| | 07/05/17 | 1.00 | Review deposition transcripts |
| Nicolas, Elizabeth | 07/05/17 | 2.50 | Meeting with Gina Kase re: reviewing deposition transcript; making edits and generating errata sheet |
| Nicolas, Elizabeth | 07/07/17 | 1.10 | Telephone call with Gina Kase re: reviewing Kase deposition transcript; clarifying responses; discussing settlement |
| Nicolas, Elizabeth | 07/09/17 | 1.00 | Telephone call with Gina Kase re: reviewing deposition transcript |
| Nicolas, Elizabeth | 07/13/17 | 0.50 | Meeting with Gina Kase re: review and signing deposition errata sheet |
| Nicolas, Elizabeth | 07/13/17 | 0.20 | Telephone call with J Lombardo re: settlement and deposition errata sheet and document requests from deposition |
| Nicolas, Elizabeth | 07/13/17 | 0.10 | Email J Lombardo re: deposition errata sheet |
| Nicolas, Elizabeth | 07/18/17 | 0.10 | Telephone call with Gina Kase re: settlement offer and documents requested from deposition |
| Nicolas, Elizabeth | 08/18/17 | 2.50 | Legal Research Issue: issues for summary judgment |
| Nicolas, Elizabeth | 08/18/17 | 0.80 | Review defendants' payroll register and response to first request for production |
| Nicolas, Elizabeth | 08/28/17 | 0.20 | Telephone call with Jayla Lombardo re: extension of motion deadlines; settlement discussion |
| Nicolas, Elizabeth | 09/20/17 | 0.20 | Telephone call with Jayla Lombardo re: outstanding discovery requests and settlement |
| Nicolas, Elizabeth | 09/25/17 | 0.10 | Email Jayla Lombardo re: outstanding discovery requests |
| Nicolas, Elizabeth | 10/25/17 | 0.10 | Telephone call with Jayla Lombardo re: extension and outstanding discovery requests that the defendants have not submitted |
| Nicolas, Elizabeth | 10/27/17 | 0.70 | Meeting with P Dellinger re: legal research and summary judgment strategy |
| Nicolas, Elizabeth | 11/14/17 | 0.20 | Draft letter to Jayla Lombardo re: reviewing discovery responses |
| Nicolas, Elizabeth | 11/14/17 | 0.10 | Email Jayla Lombardo re: reviewing defendants' document responses |
| Nicolas, Elizabeth | 11/14/17 | 0.40 | Review timesheets for work location issues |
| Nicolas, Elizabeth | 11/16/17 | 0.50 | Meeting with PD re: partial summary judgement motion research+ fact gathering |
| Nicolas, Elizabeth | 12/21/17 | 0.30 | Telephone call with Gina Kase re: review of defendants' financial documents + settlement of case |
| Nicolas, Elizabeth | 12/22/17 | 0.60 | Meeting with Jayla Lombardo re: defendants' financial records; review of outstanding discovery requests |
| Nicolas, Elizabeth | 01/22/18 | 0.40 | Telephone call with Gina Kase re: defendants' financial records and possibility of settlement |
| Nicolas, Elizabeth | 01/29/18 | 0.20 | Telephone call with Gina Kase re: settlement negotiations |
| Nicolas, Elizabeth | 01/29/18 | 0.10 | Telephone call with Jayla Lombardo re: settlement negotiations |
| Nicolas, Elizabeth | 01/30/18 | 0.30 | Telephone call with Gina Kase re: settlement negotiations |
| Nicolas, Elizabeth | 01/30/18 | 0.20 | Telephone call with Jayla Lombardo re: settlement negotiations |
| Nicolas, Elizabeth | 02/07/18 | 2.00 | Draft Kase settlement agreement |
| Nicolas, Elizabeth | 02/08/18 | 2.00 | Draft Kase settlement agreement |
| Nicolas, Elizabeth | 03/09/18 | 1.00 | Edit Kase settlement agreement |
| Nicolas, Elizabeth | 03/21/18 | 0.50 | Draft joint motion for approval of settlement agreement |
| Nicolas, Elizabeth | 03/23/18 | 1.50 | Draft joint motion for approval of settlement agreement |
| Nicolas, Elizabeth | 03/24/18 | 4.00 | Draft joint motion for approval of settlement agreement |
| Nicolas, Elizabeth | 03/27/18 | 2.00 | Edit and review joint motion for approval of settlement agreement |
| Nicolas, Elizabeth | 03/30/18 | 3.00 | Finalize joint motion documents and exhibits for filing |
| Koo, Elizabeth | 08/17/17 | 0.50 | Legal Research Issue: Summary judgment motion samples and research |

| | | | |
|---|---|---|---|
| Small, Kristin | 05/24/17 | 2.10 | Deposition Name: Linda Rowland attended/observed Rowland deposition, took notes, assisted EN in pointing out unanswered questions etc. |
| Dellinger, Peter | 04/14/17 | 0.70 | Meeting with EN re depositons and process |
| Dellinger, Peter | 04/20/17 | 0.40 | Draft letter to J. Feldman requesting discovery extension |
| Dellinger, Peter | 05/04/17 | 0.30 | Meeting with EN re: depositions and video depos |
| Dellinger, Peter | 05/15/17 | 0.50 | Meeting with EN re: depositions and strategies |
| Dellinger, Peter | 05/22/17 | 1.00 | Deposition preparation of client |
| Dellinger, Peter | 05/23/17 | 0.50 | Depositon preparation |
| Dellinger, Peter | 05/23/17 | 4.30 | Observed deposition of defendant |
| Dellinger, Peter | 05/24/17 | 0.50 | Depositon preparation |
| Dellinger, Peter | 05/24/17 | 2.00 | Attended bookeepeer deposition |
| Dellinger, Peter | 05/24/17 | 0.50 | Debrief deposition with EN and discussed next steps |
| Dellinger, Peter | 05/25/17 | 0.50 | Deposition preparation |
| Dellinger, Peter | 05/25/17 | 4.00 | Attended/defended deposition of client |
| Dellinger, Peter | 05/25/17 | 0.80 | Post depostion meeting with client |
| Dellinger, Peter | 10/27/17 | 1.00 | Legal Research Issue: Research on Rule 36 and deadlines for submission. |
| Dellinger, Peter | 11/16/17 | 0.60 | Meeting with E. Nicolas about proposed MSJ, possible legal obstacles, and plan for next steps |
| Dellinger, Peter | 02/08/18 | 0.40 | Review of settlement agreement, changes made for confession of judgment |
| Robb, Maggie | 05/15/17 | 0.80 | Meeting with E.N. re: deposition preparation |
| Robb, Maggie | 05/16/17 | 0.40 | Meeting with E.N. re: deposition preparation |

**TOTAL**          **293.80**